United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEY JAMES HARRIS a/k/a JAMES LaVELL HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>LAKE COUNTY JAIL; et al.,<br><br>            Defendants.                            / | No. C 09-4470 SI (pr)<br><br>**JUDGMENT** |

    This action is dismissed is dismissed without prejudice to plaintiff filing a new action for damages.

    IT IS SO ORDERED AND ADJUDGED.

Dated: April 1, 2010

                                                SUSAN ILLSTON
                                               United States District Judge